UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
KEITH STOKES,                                                        :
:
                      Petitioner,                                :       18-CV-3637 (JMF)
:
      -v-                                                              :       ORDER
:
JAMIE LAMANNA, SUPT.,                                                :
:
                      Respondent.                                :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In addition to the answer and appendix submitted to the Court at Docket No. 12-1, Respondent also submitted three additional filings to the Court by CD: (1) the "File Papers" for Keith Stokes and Ralph Stokes; (2) the "Sealed Minutes" for Keith Stokes; and (3) the transcript of Keith Stokes' state court proceedings. *See generally* Docket No. 15 (ordering Respondent to provide a revised CD). Respondent did not, however, file these documents on the electronic docket. Accordingly, by **July 8, 2019**, Respondent shall file these documents on the public docket. If the documents are too large to fit in one filing, Respondent may submit them as sequential attachments. *See, e.g.*, Case No. 18-CV-499, Docket No. 17. To the extent the filings include documents that Respondent wishes to file under seal, Respondent shall follow this Court's procedures for filing under seal. *See* Individual Rules and Practices § 7.

      The Clerk of Court is directed to mail a copy of this Order to Petitioner.

      SO ORDERED.

Dated: June 27, 2019
       New York, New York                        _____
                                                                   JESSE M. FURMAN
                                                          United States District Judge