USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3|4|2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KEITH STOKES,

Petitioner,

18 **CIVIL** 3637 (JMF)

-against-

**JUDGMENT**

JAMIE LAMANNA,

Respondent.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated March 3, 2020, Stokes's Petition is

DENIED. As Stokes has not made a substantial showing of the denial of a constitutional right, a

certificate of appealability will not issue at this time. See 28 U.S.C. § 2253(c); see also, e.g.,

Matthews v. United States, 682 F.3d 180, 185 (2d Cir. 2012). In addition, this Court certifies,

pursuant to Title 28, United States Code, Section 1915(a)(3), that any appeal from the Order

would not be taken in good faith, and in forma pauperis status is thus denied. See Coppedge v.

United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**DATED:** New York, New York
   March 4, 2020

**RUBY J. KRAJICK**

**Clerk of Court**

**BY:**

**Deputy Clerk**